IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

RODNEY PETE,

    Plaintiff,

v.                                CASE NO. 4:12cv351-RH/CAS

THE FLORIDA BAR, et al.,

    Defendants.

_____/

## ORDER OF DISMISSAL

This case is before the court on the magistrate judge's report and recommendation, ECF No. 9, and the objections, ECF No. 11. I have reviewed de novo the issues raised by the objections.

The plaintiff apparently alleges that two lawyers represented him in a prior case and did so poorly. The plaintiff has sued the two lawyers and the Florida Bar. A claim against a lawyer for providing substandard representation is a state-law claim, even if the substandard representation is provided in a federal case. The plaintiff has failed to state a federal-law claim against the lawyers on which relief can be granted.

The plaintiff has not alleged diversity of citizenship.  The court thus lacks jurisdiction over any claim against the lawyers arising under state law.

If there is any basis on which the Florida Bar could ever be held liable for substandard performance by private lawyers who are members of the Bar, the plaintiff has not alleged it.  The plaintiff has failed to state a claim against the Bar on which relief can be granted.

For these reasons,

IT IS ORDERED:

The report and recommendation is ACCEPTED and adopted as the court's further opinion.  The clerk must enter judgment stating, "The plaintiff's federal-law claims against the defendants Andre A. Rouviere and John De Leon are dismissed with prejudice.  Any state-law claims against Mr. Rouviere and Mr. De Leon are dismissed without prejudice for lack of jurisdiction.  The plaintiff's claims against the Florida Bar are dismissed with prejudice.  The dismissal is under 28 U.S.C. § 1915(e)(2)(B)."  The clerk must close the file.

SO ORDERED on October 6, 2012.

                                                  s/Robert L. Hinkle
                                                United States District Judge